# Third District Court of Appeal

## State of Florida

Opinion filed October 4, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2099
Lower Tribunal No. 20-25901
_____

## Vincent Jean Jacques Raffard,
Appellant,

vs.

## MCA 410 LLC,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

Clark, Fountain, La Vista, Prather, Littky-Rubin, Whitman, LLP, and Julie H. Littky-Rubin (Palm Beach Gardens); Morales Injury Law, P.A., and Eric C. Morales, for appellant.

Quintairos, Prieto, Wood & Boyer, P.A., and Reginald J. Clyne and Chanelle Artiles, for appellee.

Before LINDSEY, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.